JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO TORRES CARRANZA,<br>　　　Petitioner,<br>　　　v.<br>JEFFERSON SESSIONS,<br>Attorney General, et al.,<br>　　　Respondents. | Case No. EDCV 17-0830-JGB (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 21, 2017

　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE